# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS E. GIRON,
Appellant,
vs.
DWIGHT NEVEN; AND THE STATE OF NEVADA,
Respondents.

No. 70575

**FILED**

JUL 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdraw of appeal filed on June 21, 2016, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Linda Marie Bell, District Judge
       Thomas E. Giron
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

16-23566